# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Joshua Martin Friestad | § | Case No. 16-30190 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/22/2016 . The undersigned trustee was appointed on 09/22/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $   47,442.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 12,454.26 |
| Bank service fees | 450.99 |
| Other payments to creditors | 26,442.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 8,094.75 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/09/2017 and the deadline for filing governmental claims was 03/09/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,494.20 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,494.20 , for a total compensation of $ 5,494.20 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 17.25 , for total expenses of $ 17.25 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/11/2018          By:/s/Zane L. Zielinski, Trustee
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-30190 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Joshua Martin Friestad | | | | Date Filed (f) or Converted (c): | 09/22/2016 (f) |
| | | | | | 341(a) Meeting Date: | 11/10/2016 |
| For Period Ending: | 10/11/2018 | | | | Claims Bar Date: | 03/09/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1/18 Inerest in 237.258 aces of farmland | 16,807.87 | 0.00 | | 0.00 | FA |
| 2. 1000 Douglas Street, Ottawa, IL | 144,656.00 | 0.00 | | 0.00 | FA |
| 3. 2014 Ford F-350 | 27,781.00 | 0.00 | | 0.00 | FA |
| 4. 2009 Chevrolet Suburban | 14,059.00 | 0.00 | | 0.00 | FA |
| 5. 1999 W900 Kenworth | 20,000.00 | 0.00 | | 0.00 | FA |
| 6. 2012 RNR Trailer | 4,000.00 | 0.00 | | 0.00 | FA |
| 7. Household goods | 6,700.00 | 0.00 | | 0.00 | FA |
| 8. 12 Guage Remington Shotgun | 400.00 | 0.00 | | 0.00 | FA |
| 9. Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 10. Fist State Bank Checking | 175.00 | 175.00 | | 0.00 | FA |
| 11. Savings account - First State BAnk | 140.50 | 140.50 | | 0.00 | FA |
| 12. Checking account | 500.00 | 500.00 | | 0.00 | FA |
| 13. Savings account - Ottawa Savings | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 14. 100% Owner of Shares of J&A Friestd Trucking, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 15. Other Property | 155.50 | 155.50 | | 0.00 | FA |
| 16. 2005 270 Monterey Boat | 28,000.00 | 28,000.00 | | 0.00 | FA |
| 17. 2004 Peterbilt 379 | 38,000.00 | 38,000.00 | | 0.00 | FA |
| 18. Checking Account - First National Bank | 100.00 | 100.00 | | 0.00 | FA |
| 19. Checking Account - Ottawa Savings | 225.00 | 225.00 | | 0.00 | FA |
| 20. Financial Plus Credit Union | 102.00 | 102.00 | | 0.00 | FA |
| 21. Misc furniture, appliances for family of 4, personal office | 0.00 | 0.00 | | 0.00 | FA |
| 22. Right to receive funds of $41,442.00 - received post-petitio (u) | 41,442.00 | 41,442.00 | | 41,442.00 | FA |
| 23. Adversary Proceeding to Revoke Discharge (u) | 0.00 | 6,000.00 | | 6,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

|  | | Gross Value of Remaining Assets | |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $344,343.87 | $115,840.00 | $47,442.00 | $0.00 |

Exhibit A

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has submitted a final report for approval and review.

RE PROP #     22   --   The Trustee filed an adversary proceeding to determine the extent and validity of the Bank's purported security interest in these funds that were turned over to the Trustee after the petitiond date.   The Trustee resolved the dispute in which the Debtor's estate would retain $15,000 of the funds, and the rest would be released to the secured creditor.

RE PROP #     23   --   The Trustee's proposed counsel to prosecute the case was disqualified and withdrew. The Trustee settled the case due to the potential value of the case.

Initial Projected Date of Final Report (TFR): 04/30/2017          Current Projected Date of Final Report (TFR): 10/31/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 16-30190 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Joshua Martin Friestad | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1544 |
| | Checking |
| Taxpayer ID No: XX-XXX4376 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/11/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/14/16 | 22 | Joshua M Friestad | Payment from Federal Government<br>This funds reflect a federal program that provides insurance for farmers, the Debtor had been a farmer with crops liquidated prior to the Bankruptcy. | 1229-000 | $41,442.00 | | $41,442.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.79 | $41,410.21 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.56 | $41,348.65 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.53 | $41,293.12 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.39 | $41,231.73 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.32 | $41,172.41 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.21 | $41,111.20 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.15 | $41,052.05 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.04 | $40,991.01 |
| 04/03/18 | 5001 | The First National Bank Of Ottawa, N.A.<br>701 Lasalle St.<br>Ottawa, Il 61350 | Payment of Secured Claim per settlement | 7100-000 | | $26,442.00 | $14,549.01 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*  Page Subtotals: $41,442.00  $26,892.99

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 16-30190 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: Joshua Martin Friestad | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX1544 |
| | | Checking |
| Taxpayer ID No: XX-XXX4376 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 10/11/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/16/18 | 5002 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, IL 62794-9053 | 2016 Tax | 2820-000 | | $335.00 | $14,214.01 |
| 05/16/18 | 5003 | Chuhak & Tecson,<br>30 South Wacker Drive Suite 2600<br>Chicago, Illinois 60606 | Distribution | 3210-000 | | $3,041.42 | $11,172.59 |
| 07/26/18 | 23 | Josha Friestad<br>Official Check Ottwa Savings Bank | settlement of Litigation | 1249-000 | $6,000.00 | | $17,172.59 |
| 09/11/18 | 5004 | Chuhak & Tecson,<br>30 South Wacker Drive Suite 2600<br>Chicago, Illinois 60606 | Distribution | | | $9,077.84 | $8,094.75 |
| | | Chuhak & Tecson, | ($1,021.08) | 3210-000 | | | |
| | | Chuhak & Tecson, | ($7,632.50) | 3210-000 | | | |
| | | Chuhak & Tecson, | ($37.36) | 3220-000 | | | |
| | | Chuhak & Tecson, | ($386.90) | 3220-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $47,442.00 | $39,347.25 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $47,442.00 | $39,347.25 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $47,442.00 | $39,347.25 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  Page Subtotals: $6,000.00  $12,454.26

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1544 - Checking | $47,442.00 | $39,347.25 | $8,094.75 |
|  | $47,442.00 | $39,347.25 | $8,094.75 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $47,442.00 |
| Total Gross Receipts: | $47,442.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-30190  
Debtor Name: Joshua Martin Friestad  
Claims Bar Date: 3/9/2017  

Date: October 22, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646<br>trustee@zanezielinski | Administrative | | $0.00 | $5,494.20 | $5,494.20 |
| 100 2200 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646<br>trustee@zanezielinski | Administrative | | $0.00 | $17.25 | $17.25 |
| 100 2820 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, IL 62794-9053 | Administrative | | $0.00 | $335.00 | $335.00 |
| 100 3210 | Chuhak & Tecson<br>30 South Wacker Drive Suite 2600<br>Chicago, Illinois 60606 | Administrative | second fee app | $0.00 | $0.00 | $7,632.50 |
| 100 3210 | Chuhak & Tecson<br>30 South Wacker Drive Suite 2600<br>Chicago, Illinois 60606 | Administrative | First Fee App | $0.00 | $0.00 | $4,062.50 |
| 100 3220 | Chuhak & Tecson<br>30 South Wacker Drive Suite 2600<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $389.90 | $386.90 |
| 100 3220 | Chuhak & Tecson<br>30 South Wacker Drive Suite 2600<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $37.36 | $37.36 |
| 100 3410 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1105<br>Chicago, IL 60606 | Administrative | | $0.00 | $1,905.20 | $1,905.20 |
| 100 3420 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1105<br>Chicago, IL 60606 | Administrative | | $0.00 | $50.08 | $50.08 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-30190  
Debtor Name: Joshua Martin Friestad  
Claims Bar Date: 3/9/2017

Date: October 22, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 300 7100 | Internal Revenue Service P O Box 7346 Philadelphia, Pa 19101 | Unsecured | The claim was amended to Zero on January 5, 2017. | $0.00 | $0.00 | $0.00 |
| 2 300 7100 | Capital One Bank (Usa), N.A. By American Infosource Lp As Agent Po Box 71083 Charlotte, Nc 28272-1083 | Unsecured | | $1,086.87 | $1,125.98 | $1,125.98 |
| 3 300 7100 | The First National Bank Of Ottawa, N.A. 701 Lasalle St. Ottawa, Il 61350 | Unsecured | | $272,900.70 | $275,805.31 | $275,805.31 |
| 4 300 7100 | Cavalry Spv I, Llc C/O Bass & Associates, P.C. 3936 E. Ft. Lowell Rd., Suite 200 Tucson, Az 85712 | Unsecured | | $2,779.85 | $2,918.84 | $2,918.84 |
| | Case Totals | | | $276,767.42 | $288,079.12 | $299,771.12 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-30190
Case Name: Joshua Martin Friestad
Trustee Name: Zane L. Zielinski, Trustee

| Balance on hand | $ | 8,094.75 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 5,494.20 | $ 0.00 | $ 5,494.20 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 17.25 | $ 0.00 | $ 17.25 |
| Attorney for Trustee Fees: Chuhak & Tecson | $ 11,695.00 | $ 11,695.00 | $ 0.00 |
| Attorney for Trustee Expenses: Chuhak & Tecson | $ 424.26 | $ 424.26 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P.C. | $ 1,905.20 | $ 0.00 | $ 1,905.20 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P.C. | $ 50.08 | $ 0.00 | $ 50.08 |
| Other: Illinois Department of Revenue | $ 335.00 | $ 335.00 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ | 7,466.73 |
| Remaining Balance | $ | 628.02 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 279,850.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | Capital One Bank (Usa), N.A. | $ 1,125.98 | $ 0.00 | $ 108.92 |
| 3 | The First National Bank Of Ottawa, N.A. | $ 275,805.31 | $ 26,442.00 | $ 236.76 |
| 4 | Cavalry Spv I, Llc | $ 2,918.84 | $ 0.00 | $ 282.34 |
| | Total to be paid to timely general unsecured creditors | | | $ 628.02 |
| | Remaining Balance | | | $ 0.00 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE