## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Joshua Martin Friestad,** | Bankruptcy No. 16-30190 |
| **Debtor**. | Honorable Pamela S. Hollis |

### TRUSTEE'S CERTIFICATE OF SERVICE FOR
### NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #80)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on October 24, 2018.

Dated: October 30, 2018            **Zane L. Zielinski,** not individually but as the
                                   chapter 7 trustee of the bankruptcy estate of
                                   **Joshua Martin Friestad,**

                                   By: /s/ Zane L. Zielinski
                                   Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
     ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

Mailing Information for Case 16-30190

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Carly Berard**   cberard@rockfuscollc.com
- **James M Durkee**   jimdurkee@mglawoffices.com, staff@mglawoffices.com;notices@nextchapterbk.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **David P Lloyd**   courtdocs@davidlloydlaw.com
- **Miriam R Stein**   mstein@chuhak.com, dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com;vjefferson@chuhak.com
- **Miriam R. Stein**   mstein@chuhak.com, dgeorge@chuhak.com;vjefferson@chuhak.com

**Manuel Service List**

Internal Revenue Service
P O Box 7346
Philadelphia, Pa 19101

Capital One Bank (Usa), N.A.
By American Infosource Lp As Agent
Po Box 71083
Charlotte, Nc 28272-1083

The First National Bank Of Ottawa, N.A.
701 Lasalle St.
Ottawa, Il 61350

Cavalry Spv I, Llc
C/O Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, Az 85712

**Joshua Martin Friestad**
1000 DOUGLAS ST.
OTTAWA, IL  61350