# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: § §
§
Joshua Martin Friestad § Case No. 16-30190
§
Debtor §
§

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 302,901.87<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 27,070.02 | Claims Discharged<br>Without Payment: 252,780.11 |
| Total Expenses of Administration: 20,371.98 | |

3) Total gross receipts of $ 47,442.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 47,442.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,679.98 | 20,371.98 | 20,371.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 276,767.42 | 279,850.13 | 279,850.13 | 27,070.02 |
| **TOTAL DISBURSEMENTS** | $ 276,767.42 | $ 288,530.11 | $ 300,222.11 | $ 47,442.00 |

4) This case was originally filed under chapter 7 on 09/22/2016 . The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/09/2019             By: /s/Zane L. Zielinski, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Right to receive funds of $41,442.00 - received post-petitio | 1229-000 | 41,442.00 |
| Adversary Proceeding to Revoke Discharge | 1249-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$47,442.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 5,494.20 | 5,494.20 | 5,494.20 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 17.25 | 17.25 | 17.25 |
| Associated Bank | 2600-000 | NA | 450.99 | 450.99 | 450.99 |
| Illinois Department of Revenue | 2820-000 | NA | 335.00 | 335.00 | 335.00 |
| Chuhak & Tecson | 3210-000 | NA | 0.00 | 11,695.00 | 11,695.00 |
| Chuhak & Tecson | 3220-000 | NA | 427.26 | 424.26 | 424.26 |
| Alan D. Lasko & Associates P.C. | 3410-000 | NA | 1,905.20 | 1,905.20 | 1,905.20 |
| Alan D. Lasko & Associates P.C. | 3420-000 | NA | 50.08 | 50.08 | 50.08 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,679.98 | $ 20,371.98 | $ 20,371.98 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One Bank (Usa), N.A. | 7100-000 | 1,086.87 | 1,125.98 | 1,125.98 | 108.92 |
| 4 | Cavalry Spv I, Llc | 7100-000 | 2,779.85 | 2,918.84 | 2,918.84 | 282.34 |
| 1 | Internal Revenue Service | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 3 | The First National Bank Of Ottawa, N.A. | 7100-000 | 272,900.70 | 275,805.31 | 275,805.31 | 26,678.76 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 276,767.42 | $ 279,850.13 | $ 279,850.13 | $ 27,070.02 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-30190 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Joshua Martin Friestad | | | | Date Filed (f) or Converted (c): | 09/22/2016 (f) |
| | | | | | 341(a) Meeting Date: | 11/10/2016 |
| For Period Ending: | 01/09/2019 | | | | Claims Bar Date: | 03/09/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1/18 Inerest in 237.258 aces of farmland | 16,807.87 | 0.00 | | 0.00 | FA |
| 2. 1000 Douglas Street, Ottawa, IL | 144,656.00 | 0.00 | | 0.00 | FA |
| 3. 2014 Ford F-350 | 27,781.00 | 0.00 | | 0.00 | FA |
| 4. 2009 Chevrolet Suburban | 14,059.00 | 0.00 | | 0.00 | FA |
| 5. 1999 W900 Kenworth | 20,000.00 | 0.00 | | 0.00 | FA |
| 6. 2012 RNR Trailer | 4,000.00 | 0.00 | | 0.00 | FA |
| 7. Household goods | 6,700.00 | 0.00 | | 0.00 | FA |
| 8. 12 Guage Remington Shotgun | 400.00 | 0.00 | | 0.00 | FA |
| 9. Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 10. Fist State Bank Checking | 175.00 | 175.00 | | 0.00 | FA |
| 11. Savings account - First State BAnk | 140.50 | 140.50 | | 0.00 | FA |
| 12. Checking account | 500.00 | 500.00 | | 0.00 | FA |
| 13. Savings account - Ottawa Savings | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 14. 100% Owner of Shares of J&A Friestd Trucking, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 15. Other Property | 155.50 | 155.50 | | 0.00 | FA |
| 16. 2005 270 Monterey Boat | 28,000.00 | 28,000.00 | | 0.00 | FA |
| 17. 2004 Peterbilt 379 | 38,000.00 | 38,000.00 | | 0.00 | FA |
| 18. Checking Account - First National Bank | 100.00 | 100.00 | | 0.00 | FA |
| 19. Checking Account - Ottawa Savings | 225.00 | 225.00 | | 0.00 | FA |
| 20. Financial Plus Credit Union | 102.00 | 102.00 | | 0.00 | FA |
| 21. Misc furniture, appliances for family of 4, personal office | 0.00 | 0.00 | | 0.00 | FA |
| 22. Right to receive funds of $41,442.00 - received post-petitio (u) | 41,442.00 | 41,442.00 | | 41,442.00 | FA |
| 23. Adversary Proceeding to Revoke Discharge (u) | 0.00 | 6,000.00 | | 6,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Case 16-30190    Doc 84    Filed 02/27/19    Entered 02/27/19 15:48:48    Desc Main
            Document      Page 7 of 11

|  | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $344,343.87 | $115,840.00 | $47,442.00 | $0.00 |
| | | | (Total Dollar Amount in Column 6) | |

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has submitted a final report for approval and was filed on 10/22/2018.

RE PROP #    22    --    The Trustee filed an adversary proceeding to determine the extent and validity of the Bank's purported security interest in these funds that were turned over to the Trustee after the petitiond date.   The Trustee resolved the dispute in which the Debtor's estate would retain $15,000 of the funds, and the rest would be released to the secured creditor.

RE PROP #    23    --    The Trustee's proposed counsel to prosecute the case was disqualified and withdrew. The Trustee settled the case due to the potential value of the case.

Initial Projected Date of Final Report (TFR):            Current Projected Date of Final Report (TFR):

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-30190 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Joshua Martin Friestad | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1544 |
| | Checking |
| Taxpayer ID No: XX-XXX4376 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/09/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/14/16 | 22 | Joshua M Friestad | Payment from Federal Government  This funds reflect a federal program that provides insurance for farmers, the Debtor had been a farmer with crops liquidated prior to the Bankruptcy. | 1229-000 | $41,442.00 | | $41,442.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.79 | $41,410.21 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.56 | $41,348.65 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.53 | $41,293.12 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.39 | $41,231.73 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.32 | $41,172.41 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.21 | $41,111.20 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.15 | $41,052.05 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.04 | $40,991.01 |
| 04/03/18 | 5001 | The First National Bank Of Ottawa, N.A. 701 Lasalle St. Ottawa, Il 61350 | Payment of Secured Claim per settlement | 7100-000 | | $26,442.00 | $14,549.01 |

| | | | | Page Subtotals: | $41,442.00 | $26,892.99 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 16-30190 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: Joshua Martin Friestad | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX1544 |
| | | Checking |
| Taxpayer ID No: XX-XXX4376 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 01/09/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/16/18 | 5002 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, IL 62794-9053 | 2016 Tax | 2820-000 | | $335.00 | $14,214.01 |
| 05/16/18 | 5003 | Chuhak & Tecson,<br>30 South Wacker Drive Suite 2600<br>Chicago, Illinois 60606 | Distribution | 3210-000 | | $3,041.42 | $11,172.59 |
| 07/26/18 | 23 | Josha Friestad<br>Official Check Ottwa Savings Bank | settlement of Litigation | 1249-000 | $6,000.00 | | $17,172.59 |
| 09/11/18 | 5004 | Chuhak & Tecson,<br>30 South Wacker Drive Suite 2600<br>Chicago, Illinois 60606 | Distribution | | | $9,077.84 | $8,094.75 |
| | | Chuhak & Tecson, | ($1,021.08) | 3210-000 | | | |
| | | Chuhak & Tecson, | ($7,632.50) | 3210-000 | | | |
| | | Chuhak & Tecson, | ($37.36) | 3220-000 | | | |
| | | Chuhak & Tecson, | ($386.90) | 3220-000 | | | |
| 11/16/18 | 5005 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $5,511.45 | $2,583.30 |
| | | Trustee Zane L. Zielinski | Final distribution creditor account # representing a payment of 100.00 % per court order. ($5,494.20) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution creditor account # representing a payment of 100.00 % per court order. ($17.25) | 2200-000 | | | |
| 11/16/18 | 5006 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1105<br>Chicago, IL 60606 | Distribution | | | $1,955.28 | $628.02 |

Page Subtotals: $6,000.00    $19,920.99

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-30190 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Joshua Martin Friestad | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1544 |
| | Checking |
| Taxpayer ID No: XX-XXX4376 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/09/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Alan D. Lasko & Associates P.C. | Final distribution creditor account # representing a payment of 100.00 % per court order. | ($1,905.20) | 3410-000 | | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution creditor account # representing a payment of 100.00 % per court order. | ($50.08) | 3420-000 | | | |
| 11/16/18 | 5007 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 2 creditor account # representing a payment of 9.67 % per court order. | | 7100-000 | | $108.92 | $519.10 |
| 11/16/18 | 5008 | The First National Bank Of Ottawa, N.A.<br>701 Lasalle St.<br>Ottawa, Il 61350 | Final distribution to claim 3 creditor account # representing a payment of 0.09 % per court order. | | 7100-000 | | $236.76 | $282.34 |
| 11/16/18 | 5009 | Cavalry Spv I, Llc<br>C/O Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, Az 85712 | Final distribution to claim 4 creditor account # representing a payment of 9.67 % per court order. | | 7100-000 | | $282.34 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $47,442.00 | $47,442.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $47,442.00 | $47,442.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $47,442.00 | $47,442.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $628.02 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1544 - Checking | $47,442.00 | $47,442.00 | $0.00 |
|  | $47,442.00 | $47,442.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $47,442.00 |
| Total Gross Receipts: | $47,442.00 |

Page Subtotals:       $0.00       $0.00